# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SEILER TUCKER INC.** | * | **CIVIL ACTION NO.: 23-CV-7288** |
| plaintiff | * | |
| versus | * | **JUDGE LANCE M. AFRICK** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **GENIE INVESTMENTS** | * | **MICHAEL NORTH** |
| | * | **SECTION "I"** |
| | * | **DIVISION 5** |
| defendant | * | |

**************************************************************************

## NOTICE OF REQUEST TO TEMPORARILY SEAL COMPLAINT

TO ATTORNEYS FOR DEFENDANT AND THE COURT:

PLEASE TAKE NOTICE THAT the Plaintiff Seiler Tucker Inc. ("Plaintiff"), through counsel, seeks to seal the original Complaint (Rec. Doc. 1). Local Rule 5.6 governs the sealing of documents upon written order of the Court.

On December 14, 2023, the Motion to Temporarily Seal Complaint, supporting memorandum and proposed order will be submitted to U.S. District Judge Lance M. Africk.

Dated: December 14, 2023.

                                                   Respectfully Submitted:

                                                 **INTELLECTUAL PROPERTY**
                                                 **CONSULTING, LLC**

                                                 By: /s/ Adam V. Vickers
                                                 Gregory D. Latham (T.A.) (LSBA 25955)
                                                 glatham@iplawconsulting.com
                                                 Adam V. Vickers (T.A.) (LSBA 34992)
                                                 avickers@iplawconsulting.com
                                                 400 Poydras St., Suite 1400

New Orleans, LA 70130
504-322-7166
*Attorneys for Plaintiff Seiler Tucker Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2023 I caused a true and accurate copy of the foregoing Notice of Request to Temporarily Seal Complaint to be served on all counsel and parties of record through the Court's CM/ECF electronic filing system.

　/s/ Adam V. Vickers　
Adam V. Vickers