UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEILER TUCKER INC. | * | CIVIL ACTION NO.: 23-CV-7288 |
| plaintiff | * | |
| | * | JUDGE LANCE M. AFRICK |
| versus | * | |
| | * | MAGISTRATE JUDGE |
| GENIE INVESTMENTS | * | MICHAEL NORTH |
| | * | SECTION "I" |
| | * | DIVISION 5 |
| defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

**CONSIDERING** the *Ex Parte* Motion for Expedited Discovery to Serve a Third-Party Subpoena,

**IT IS HEREBY ORDERED**, that the Motion is **GRANTED**; Plaintiff is granted authority to issue a subpoena to the Defendant's Bank for the limited purpose of identifying the unknown party and discovering the contact information necessary to serve the Defendant.

New Orleans, Louisiana, this 29th day of December, 2023.

_____
United States Magistrate Judge