UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SEILER TUCKER INC.**                                         **CIVIL ACTION**

**VERSUS**                                                              **No. 23-7288**

**GENIE INVESTMENTS, ET AL.**                             **SECTION I**

### ORDER

Before this Court is plaintiff Seiler Tucker Inc.'s ("plaintiff") motion[1] to lift the Court's stay[2] of the above-captioned matter, arguing that defendants have waived their right to arbitration. Notwithstanding plaintiff's request to proceed on this motion *ex parte*, the Court finds that a response is warranted. However, the Court notes that it has no record confirming that defendants have been served, and defendants have not made an official appearance. Accordingly,

**IT IS ORDERED** that plaintiff's motion is **DENIED**. Plaintiff may refile its motion after the Court receives proof of service on the defendants so that they may have a chance to respond.

New Orleans, Louisiana, September 24, 2024.

                                                     _____
                                                            LANCE M. AFRICK
                                        UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 13.
[2] R. Doc. No. 12.