# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEILER TUCKER INC.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 23-7288** |
| **GENIE INVESTMENTS** | **SECTION: "I"(5)** |

## ORDER

Given a conflict on this Court's calendar,

**IT IS ORDERED** that the Judgment Debtor Examination is **RESET** for **Thursday, July 10, 2025 at 10:00 a.m.** in Courtroom B407, 500 Poydras Street, New Orleans Louisiana 70130. In all other respects, this Court's Order dated June 20, 2025 (rec. doc. 43) remains in effect.

New Orleans, Louisiana, this  2nd  day of                July         , 2025.

**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**