**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SEILER TUCKER INC.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 23-7288** |
| **GENIE INVESTMENTS** | **SECTION: "I"(5)** |

**ORDER**

**IT IS ORDERED** that the Motion to Compel and Motion for Sanctions and Other Relief (rec. doc. 49) is **SET FOR ORAL HEARING** before the undersigned on **Thursday, August 14, 2025 at 11:00 a.m.** in Courtroom B407, 500 Poydras Street, New Orleans Louisiana 70130.[1]

New Orleans, Louisiana, this 29th day of July, 2025.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The submission date and attendant deadlines remain as noticed in the motion.