UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SEILER TUCKER INC.**  CIVIL ACTION

**VERSUS**  No. 23-7288

**GENIE INVESTMENTS, ET AL.**  SECTION I

## ORDER

**IT IS ORDERED** that plaintiff file a response to the motion[1] to stay **no later than August 1, 2025 at 9:00 a.m.**

New Orleans, Louisiana, July 29, 2025.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 53.